UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                                  Criminal No. 13-41 (JNE/JJK)
                                                  ORDER

Buck Otto White,

        Defendant.

In a Report and Recommendation dated May 13, 2013, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended that Defendant's Amended Motion to Suppress Evidence Obtained as a Result of Search and Seizure be denied. Defendant objected. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 32]. Therefore, IT IS ORDERED THAT:

    1.    Defendant's Amended Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 28] is DENIED.

Dated: June 5, 2013

                                                          s/Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge